UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARVAL KRISHNA,

        Plaintiff,                          Case No. 14-12682

                                                  Paul D. Borman

v.                                        United States District Judge

                                                  R. Steven Whalen

HINDUSTAN MOTORS LIMITED,          United States Magistrate Judge

        Defendant.
_____/

**ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S FEBRUARY 25, 2016
REPORT AND RECOMMENDATION (ECF NO. 13); (2) GRANTING IN PART
AND DENYING IN PART PLAINTIFF KRISHNA'S MOTION FOR
SPOLIATION SANCTIONS AND TO COMPEL ATTENDANCE AT DEBTOR
EXAMINATION (ECF NO. 11); and (3) ORDERING ROBERT LEWIS, A
DIRECTOR OF HINDUSTAN MOTORS LIMITED,
TO APPEAR FOR A JUDGMENT DEBTOR'S EXAMINATION UNDER OATH
OR FACE A FINDING OF CIVIL CONTEMPT**

On February 25, 2016, the Magistrate Judge entered a Report and
Recommendation (ECF No. 13) to Grant in Part and Deny in Part Plaintiff's Motion
for Spoliation Sanctions and to Compel Attendance at Debtor Examination (ECF No.
11). Having reviewed the Report and Recommendation, and there being no timely
objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d),
the Court ADOPTS the Report and Recommendation, GRANTS IN PART AND

1

DENIES IN PART Plaintiff's Motion for Spoliation Sanctions and to Compel Attendance at Debtor Examination.

The request for spoliation sanctions is DENIED WITHOUT PREJUDICE. IT IS SO ORDERED.

The request for Robert Lewis to appear for a judgment debtor's examination is GRANTED. Robert Lewis is ORDERED to appear at the law offices of At Law Group, PLLC, on a date and time of the Plaintiff's choice, to give sworn testimony concerning the income, property, or other means of satisfying this Court's October 7, 2014 Judgment against Hindustan Motors Limited.

IT IS FURTHER ORDERED that, because Robert Lewis refused to comply with this Court's January 26, 2015 Order compelling his attendance at a debtor's examination, a failure to appear as Ordered herein will result in a finding of civil contempt against Robert Lewis.

Pursuant to 28 U.S.C. § 1826, failure to comply with a court order can summarily result in confinement until the witness is willing to give such testimony. IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: March 28, 2016

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 28, 2016.


s/Deborah Tofil
Case Manager